UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

PAULA MAGER,

    Plaintiff,

-vs-                                      Case No. 07-15237
                                           Hon. Patrick J Duggan

GENESIS FINANCIAL SOLUTIONS, INC., *et al.*

    Defendants.

## STIPULATION TO DISMISS HSBC RETAIL SERVICES, INC. WITH PREJUDICE

The parties to this stipulation agree that all claims against HSBC RETAIL SERVICES, INC. should be dismissed with prejudice and without costs, sanctions, or attorneys fees.

Stipulated to by:

| By: | s/ Adam G. Taub | By: | s/Francis R. Ortiz (by consent) |
|---|---|---|---|
| | Adam G. Taub (P48703) | | Francis R. Ortiz (P31911) |
| | ADAM G. TAUB & ASSOCIATES | | Attorney for HSBC Retail Services |
| | CONSUMER LAW GROUP, PLC | | 500 Woodward Ave, Suite 4000 |
| | Attorney for Paula Mager | | Detroit, MI 48226 |
| | 18930 West Ten Mile Rd, Ste 2500 | | (248) 223-3500 |
| | Southfield, MI 48075 | | fortiz@dickinsonwright.com |
| | (248) 746-3790 | | |
| | adamgtaub@clgplc.net | | |

Dated: August 7, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

PAULA MAGER ,

    Plaintiff,

 -vs-                                            Case No. 07-15237
                                                      Hon. Patrick J Duggan

GENESIS FINANCIAL SOLUTIONS, INC., et al.

    Defendants.

## **FINAL**
## **ORDER DISMISSING HSBC RETAIL SERVICES, INC. WITH PREJUDICE**

Based on the stipulation of the parties, HSBC RETAIL SERVICES, INC. is hereby dismissed with prejudice and without costs, sanctions, or attorneys fees.

**SO ORDERED**.

                                      s/Patrick J. Duggan
                                      Patrick J. Duggan
                                      United States District Judge

Dated: August 7, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2008, by electronic and/or ordinary mail.

                                      s/Marilyn Orem
                                      Case Manager